IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-50949 |
| | ) | |
| MARIO CARRILLO, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

## FINAL REPORT OF SALE

Frances Gecker (the "Trustee"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of Mario Carrillo (the "Debtor"), by her attorneys, FrankGecker LLP, respectfully presents this report of sale (the "Report") pursuant to Federal Rule of Bankruptcy Procedure 6004 (the "Bankruptcy Rules"), by Don Dodge and American Auction Associates, Inc. and states as follows:

1. Pursuant to Court Order dated August 8, 2013 (the "Auction Order"), Trustee was authorized to employ Donald Dodge and American Auction Associates, Inc. (collectively, "Don Dodge") as her auctioneer to liquidate the Debtor's motorcycle ("Sale Item") (see Exhibit A).

2. The attached Exhibit B, lists the date and amount the motorcycle was sold at auction, held on August 24, 2013.

3. During this period, the gross sale was $9,000.00 (the "Sale Proceeds").

4. Don Dodge received a buyer's commission not paid from the Debtor's estate of 10% of the sale price of the Sale Items, or $900.00.

5. Pursuant to the Autction Order, Don Dodge was authorized reimbursement of his expenses and costs of the auction up to $1,000.00.

6. Don Dodge incurred $364.36 in auction expenses (see Exhibit B), which were deducted from the Sale Proceeds. Therefore, the net Sale Proceeds were $8,635.64.

{CARRILLO/001/00036145.DOC/}

7. The sale of Debtor's Motorcycle has concluded and the Trustee is not aware of any other equipment or inventory to sell.

Dated: October 2, 2013

Respectfully submitted,

FRANCES GECKER, not individually, but as Chapter 7 Trustee of the bankruptcy estate of MARIO CARRILLO,

By: /s/ *Zane L. Zielinski*
One of her attorneys

Zane L. Zielinski (ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com