IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-50949 |
| | ) | |
| MARIO CARRILLO, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date: December 10, 2015 |
| | ) | Hearing Time: 9:30 a.m. |
| | ) | Room No.: 680 |

**COVER SHEET FOR FIRST AND FINAL APPLICATION OF
FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

Name of Applicant:              FrankGecker, LLP

Authorized to Provide           Frances Gecker, Chapter 7 Trustee of the Estate of
Professional Services to:       MARIO CARRILLO

Period for Which                August 6, 2013 through October 9, 2015
Compensation is Sought:

Amount of Fees Sought:          $    2,302.00

Amount of Expense               $    0.46
Reimbursement Sought:

This is a:                      First and Final Application


The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{CARRILLO/001/00044265.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-50949 |
| | ) | |
| MARIO CARRILLO, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date: December 10, 2015 |
| | ) | Hearing Time: 9:30 a.m. |
| | ) | Room No.:   680 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **December 10, 2015 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox at the United States Bankruptcy Court, 219 S. Dearborn, Chicago, Illinois, Courtroom 680, or whomever may be sitting in her place and stead, and then and there present the **First and Final Application of FrankGecker LLP as Counsel to Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of MARIO CARRILLO, for Compensation and Reimbursement of Expenses** which was previously served upon you.

Dated: November 10, 2015

Respectfully submitted,

FRANCES GECKER, not individually, but as Chapter 7 trustee of the bankruptcy estate of MARIO CARRILLO,

By: /s/   *Micah R. Krohn*
    One of Her Attorneys

Micah R. Krohn (ARDC 6217264)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
mkrohn@fgllp.com

{CARRILLO/001/00044265.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-50949 |
| | ) | |
| MARIO CARRILLO, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

**FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP
AS COUNSEL TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF
THE BANKRUPTCY ESTATE OF MARIO CARRILLO
<u>FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

FrankGecker LLP, counsel to Frances Gecker, the Chapter 7 Trustee (the "Trustee") of the estate of MARIO CARRILLO, (the "Debtor"), hereby submits this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking compensation totaling $2,302.00 for legal services performed as counsel to the Trustee during the period of August 6, 2013 through and including October 9, 2015 (the "Application Period") and reimbursement of expenses totaling $.46 incurred in connection with those services. In support of the Application, FrankGecker LLP respectfully represents as follows:

<u>BACKGROUND</u>

1. On December 31, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

2. Frances Gecker is the duly appointed trustee for the Debtor's bankruptcy estate.

3. On August 6, 2013, this Court entered an order authorizing the Trustee to retain Zane L. Zielinski and the attorneys and staff of FrankGecker as her counsel.

4. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

5. One of the scheduled assets of this Case was the Debtor's 2010 Harley-Davidson Fatboy motorcycle (the "Motorcycle").

6. Since her appointment, with the assistance of FG, the Trustee has sold the Debtor's Motorcycle which netted the estate $9,000.00.

7. This Application seeks allowance of all fees and expenses incurred by FG from August 6, 2013 through and including October 9, 2015. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I. **SERVICES PERFORMED**

A. **Administration**  $172.00

FG spent 0.40 hours on issues relating to communications with trustee's accountant regarding the need for tax returns.

B. **Retention of Professionals/Fee Applications**  $965.00

FG spent 3.50 hours relating to preparing and appearing in court on trustee's motions to employ Trustee's counsel and auctioneer. Time in this matter also includes 2.00 hours spent by FG reviewing time and billing invoices and preparing this fee application at a cost of $477.50, which is one percent (2%) of the total fees in this first and final fee application.

C.  **Sale of Assets**                                                        $1,165.00

FG spent 4.00 hours at a cost of $1,165.00 during the Application Period orchestrating the sale of the Debtor's assets, including Debtor's Motorcycle, which netted the estate $9,000.00.

II. **ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

A.  Micah R. Krohn (MRK) is senior counsel at FG. Mr. Krohn graduated from the Cardozo School of Law in 1992 and served as law clerk to the Hon. Erwin I. Katz from 1992 through 1994. Mr. Krohn specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases for more than 20 years.

B.  Zane L. Zielinski (ZLZ) was an associate at FrankGecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

C.  Christina S. Smith (CSS) is a bankruptcy paralegal at FrankGecker LLP. Ms. Smith has worked as a paralegal specializing in bankruptcy for over fifteen years and has experience working on debtor, creditor and trustee representations. Ms. Smith assisted counsel in case research and case administration.

III. **CALCULATION OF TIME AND FEES**

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from August 6, 2013 through and including October 9, 2015. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the Case and were rendered for the benefit of the Trustee and the

{CARRILLO/001/00044265.DOC/} 3

Debtor's estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of **7.90** hours providing necessary legal services for the Trustee. The compensation requested in this application is **$2,302.00** for actual, necessary legal services performed **(Exhibit A)**. The average hourly rate is **$291.39**. In addition, FG has expended the sum of **$.46** for actual necessary expenses incurred in representing the Trustee. FG has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FrankGecker LLP on each of its clients. The hourly rates charged are at a reduced rate in order to allow a distribution to the claimants in this Case. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached **Exhibit A**. For purposes of this Application, counsel has used categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A. Allowing FrankGecker LLP compensation for actual, necessary legal services in the amount of **$2,302.00**;

B. Allowing FrankGecker LLP reimbursement of actual, necessary expenses in the amount of **$.46**; and

C. Authorizing the Trustee to pay FrankGecker LLP compensation and expense reimbursement in the total amount of **$2,302.46**.

Dated: November 10, 2015

Respectfully submitted,

FRANCES GECKER, not individually, but as Chapter 7 trustee of the bankruptcy estate of MARRIO CARRILLO,

By:  /s/    Micah R. Krohn
One of Her Attorneys

Micah R. Krohn (ARDC 6217264)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
mkrohn@fgllp.com