# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              §
                                    §
MARIO CARRILLO                      §    Case No. 12-50949
                                    §
         Debtor                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street
    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/10/2015 in Courtroom 680 (Judge Cox),

    EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
    219 S. DEARBORN STREET
    CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/10/2015                     By: /s/ Frances Gecker
                                                                     Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MARIO CARRILLO | § | Case No. 12-50949 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| The Final Report shows receipts of | $ | 9,000.00 |
|---|---|---|
| and approved disbursements of | $ | 599.22 |
| leaving a balance on hand of[1] | $ | 8,400.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,179.07 | $ 0.00 | $ 1,179.07 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 2,302.00 | $ 0.00 | $ 2,302.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 0.46 | $ 0.00 | $ 0.46 |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES | $ 364.36 | $ 364.36 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 12.37 | $ 12.37 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,481.53 |
| Remaining Balance | | $ | 4,919.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 632.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 632.71 | $ 0.00 | $ 632.71 |

Total to be paid to timely general unsecured creditors $ 632.71

Remaining Balance $ 4,286.54

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 2.81 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,283.73 .

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                          Case No. 12-50949-JPC
Mario Carrillo                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann              Page 1 of 2        Date Rcvd: Nov 12, 2015
                              Form ID: pdf006             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2015.
db            +Mario Carrillo,    1245 Wisconsin Avenue,    Berwyn, IL 60402-1062
aty            Zane L Zielinski,    Frank/Gecker LLP,   325 North LaSalle Street,    Suite 625,
                Chicago, IL  60610
19873124      +American Bank & Trust,    3730 18th Avenue,    Rock Island, IL 61201-3023
19873125      +American Bank & Trust,    4051 Avenue of the Cities,    Moline, IL 61265-4425
19873128     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America, NA,    4161 Piedmont Parkway,
                Greensboro, NC 27410)
19873127      +Bank Of America, N.A.,    401 N. Tryon St.,    NC1-021-02-20,   Charlotte, NC 28202-2123
19873126      +Bank of America,   450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
19873130     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citicorp Credit Services *,
                ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,   Kansas City, MO 64195)
19873129      +Citibank, N.A.,    399 Park Avenue,   New York, NY 10022-4699
19873131      +Comcast,   c/o Credit Management,    4200 International Parkway,    Carrollton, TX 75007-1912
19873134      +Enhanced Recovery Co,    Po Box 3002,   Southeastern, PA 19398-3002
19873136       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
19873137      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
19873138      +First Merit Bank,    3 Cascade Plaza,   7th Floor,    Akron, OH 44308-1124
19873139       First Merit Bank,    3 Cascade Plaze,   7th Floor,    Akron, OH 44308
19873140      +Ginsberg Jacobs LLC,    Karen Halm-Lutterodt, Esq.,    300 S. Wacker Drive, Suite 2750,
                Chicago, IL 60606-6782
19873141      +Sears,   Po Box 182149,    Columbus, OH 43218-2149
19873142      +Sears / CBSD,    Attn: Bankruptcy Department,    PO Box 6189,   Sioux Falls, SD 57117-6189
19873143      +Sears / CitiBank,    Po Box 6282,   Sioux Falls, SD 57117-6282
19873144      +Sears / Citibank USA Sears,    P.O. Box 20363,    Kansas City, MO 64195-0363
19873145       Siegel & Callahan, P.C.,    20 Noeth Clark Street, Suite 2200,    Chicago, IL 60602
19873146      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19873132       E-mail/PDF: mrdiscen@discover.com Nov 13 2015 03:30:43      Discover Financial Services,
                2500 Lake Cook Rd.,    Deerfield, IL 60015
20982910       E-mail/PDF: mrdiscen@discover.com Nov 13 2015 03:30:43      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
19873133      +E-mail/Text: bknotice@erccollections.com Nov 13 2015 03:00:07      Enhanced Recovery Co,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
20731001       E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:14:54      GE Capital Retail Bank,
                jcp credit card,   Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19873135*     +Enhanced Recovery Company,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2015 at the address(es) listed below:
              Frances  Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Jeffrey E Altshul    on behalf of Creditor    FirstMerit Bank, N.A. jaltshul@carlsondash.com,
               kidstein@carlsondash.com
```

```
District/off: 0752-1          User: pseamann              Page 2 of 2                  Date Rcvd: Nov 12, 2015
                              Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Mark J. Carroll    on behalf of Creditor    American Bank & Trust Company NA carrollmark@ameritech.net
         Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com, ccarpenter@fgllp.com;csmith@fgllp.com
         Mohammed O Badwan    on behalf of Debtor Mario  Carrillo mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Rocio  Herrera    on behalf of Creditor    Federal National Mortgage Association('' Fannie Mae''), Creditor c/o Seterus, Inc. rocio@johnsonblumberg.com,  bkecfnotices@johnsonblumberg.com
         Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com, nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com

         TOTAL: 8