UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  12-50949 |
| | ) | |
| MARIO CARRILLO, | ) | Chapter:  7 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $2,302.00; and

2. FrankGecker LLP is hereby allowed reimbursement of actual, necessary expenses in the amount of $.46; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of MARIO CARRILLO is hereby authorized to pay FrankGecker LLP for their reasonable compensation and expenses in the amount of $2,302.46.

Enter:  *Jacqueline P. Cox*

Dated: **DEC 10 2015**

United States Bankruptcy Judge

**Prepared by:**
Micah R. Krohn (IL ARDC #6217264)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
mkrohn@fgllp.com

Rev: 20130104_bko