# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MARIO CARRILLO § Case No. 12-50949
§
      Debtor §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 233,932.41         Assets Exempt: 21,575.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 635.52    Claims Discharged
                                                                          Without Payment: 1,037,696.16

Total Expenses of Administration: 4,080.75

---

    3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,283.73 (see **Exhibit 2**), yielded net receipts of $ 4,716.27 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 668,847.08 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,080.75 | 4,080.75 | 4,080.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 369,291.08 | 632.71 | 632.71 | 635.52 |
| **TOTAL DISBURSEMENTS** | $ 1,038,138.16 | $ 4,713.46 | $ 4,713.46 | $ 4,716.27 |

    4)  This case was originally filed under chapter 7 on 12/31/2012. The case was pending for 37 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/19/2016           By:/s/Frances Gecker
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 HARLEY-DAVIDSON FATBOY MILEAGE 7,000 | 1129-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARIO CARRILLO | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 4,283.73 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,283.73** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Bank & Trust 3730 18th Avenue Rock Island, IL 61201 | | 106,307.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 401 N. Tryon St. NC1-021-02-20 Charlotte, NC 28255 | | 170,268.00 | NA | NA | 0.00 |
| | First Merit Bank 3 Cascade Plaza 7th Floor Akron, OH 44308 | | 392,272.08 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 668,847.08** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 1,179.07 | 1,179.07 | 1,179.07 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 12.37 | 12.37 | 12.37 |
| Bank of New York Mellon | 2600-000 | NA | 161.38 | 161.38 | 161.38 |
| The Bank of New York Mellon | 2600-000 | NA | 61.11 | 61.11 | 61.11 |
| FRANKGECKER LLP | 3110-000 | NA | 2,302.00 | 2,302.00 | 2,302.00 |
| FRANKGECKER LLP | 3120-000 | NA | 0.46 | 0.46 | 0.46 |
| AMERICAN AUCTION ASSOCIATES | 3620-000 | NA | 364.36 | 364.36 | 364.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,080.75** | **$ 4,080.75** | **$ 4,080.75** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 401 N. Tryon St. NC1-021-02-20 Charlotte, NC 28255 | | 75,620.00 | NA | NA | 0.00 |
| | Enhanced Recovery Company 8014 Bayberry Road Jacksonville, FL 32256 | | 877.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | 0.00 | NA | NA | 0.00 |
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | 0.00 | NA | NA | 0.00 |
| | First Merit Bank 3 Cascade Plaze 7th Floor Akron, OH 44308 | | 286,466.08 | NA | NA | 0.00 |
| | Ginsberg Jacobs LLC Karen Halm-Lutterodt, Esq. 300 S. Wacker Drive, Suite 2750 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Sears / CitiBank Po Box 6282 Sioux Falls, SD 57117 | | 2,426.00 | NA | NA | 0.00 |
| | Siegel & Callahan, P.C. 20 Noeth Clark Street, Suite 2200 Chicago, IL 60602 | | 3,460.00 | NA | NA | 0.00 |
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | 0.00 | NA | NA | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | 442.00 | 632.71 | 632.71 | 632.71 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 2.81 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 369,291.08 | $ 632.71 | $ 632.71 | $ 635.52 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-50949 | JPC | Judge: | Jacqueline P. Cox | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|---|
| Case Name: | MARIO CARRILLO | | | | | Date Filed (f) or Converted (c): | 12/31/2012 (f) |
| | | | | | | 341(a) Meeting Date: | 02/22/2013 |
| For Period Ending: | 01/19/2016 | | | | | Claims Bar Date: | 12/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1245 WISCONSIN AVENUE BERWYN, ILLINOIS 60402 33% I | 26,400.00 | 11,400.00 | | 0.00 | FA |
| 2. 437 GENEVA AVENUE HILLSIDE, ILLINOIS 60162 | 115,000.00 | 8,693.00 | | 0.00 | FA |
| 3. 5029 W. 18TH STREET CICERO, ILLINOIS 60804 | 105,806.00 | 0.00 | OA | 0.00 | FA |
| 4. JP MORGAN CHASE CHECKING ACCOUNT | 364.41 | 0.00 | | 0.00 | FA |
| 5. JP MORGAN CHASE CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 6. MISC FURNITURE & APPLIANCES | 750.00 | 750.00 | | 0.00 | FA |
| 7. BOOKS | 20.00 | 20.00 | | 0.00 | FA |
| 8. MISC CLOTHING / WEARING APPAREL | 175.00 | 0.00 | | 0.00 | FA |
| 9. MISC JEWELRY | 125.00 | 125.00 | | 0.00 | FA |
| 10. AUTODETAILCAD LLC (SOLE MEMBER) | 1.00 | 1.00 | | 0.00 | FA |
| 11. EQUITABLE INTEREST IN 2 LOTS LOCATED IN DURANGO, M | Unknown | 0.00 | | 0.00 | FA |
| 12. 2007 NISSAN FRONTIER CREW MILEAGE 115,000 | 6,366.00 | 830.41 | | 0.00 | FA |
| 13. 2010 HARLEY-DAVIDSON FATBOY MILEAGE 7,000 | 10,760.00 | 10,760.00 | | 9,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $266,267.41 | $32,579.41 | | $9,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN SUBMITTED TO THE UST FOR REVIEW IN THIS CASE.

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-50949 | Trustee Name: Frances Gecker |
| Case Name: MARIO CARRILLO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1921 |
| | Checking |
| Taxpayer ID No: XX-XXX0356 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7446 | Transfer of Funds | 9999-000 | $8,400.78 | | $8,400.78 |
| 12/21/15 | 5002 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order. Reversal TCMS split costs and fees instead of issuing one check for both and subsequently issued .46 check to court. Voided both checks and issued one check in amount of $2,302.46 pursuant to Order dated 12/10/15 | 3110-000 | | ($2,302.00) | $10,702.78 |
| 12/21/15 | 5003 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal TCMS split costs and fees instead of issuing one check for both and subsequently issued .46 check to court. Voided both checks and issued one check in amount of $2,302.46 pursuant to Order dated 12/10/15 | 3120-000 | | ($0.46) | $10,703.24 |
| 12/21/15 | 5001 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,179.07 | $9,524.17 |
| 12/21/15 | 5002 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,302.00 | $7,222.17 |
| 12/21/15 | 5003 | Clerk, U.S. Bankruptcy Court | Remit to Court | 3120-001 | | $0.46 | $7,221.71 |
| 12/21/15 | 5004 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $635.52 | $6,586.19 |
| | | | ($2.81) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($632.71) | 7100-000 | | |

Page Subtotals: $8,400.78 $1,814.59

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-50949 | Trustee Name: Frances Gecker |
| Case Name: MARIO CARRILLO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1921 |
| | Checking |
| Taxpayer ID No: XX-XXX0356 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/15 | 5005 | MARIO CARRILLO<br>1245 WISCONSIN AVENUE<br>BERWYN, IL  60402 | Distribution of surplus funds to debtor. | 8200-002 | | $4,283.73 | $2,302.46 |
| 12/21/15 | 5006 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois  60654 | Final distribution Order dated 12/10/15 | | | $2,302.46 | $0.00 |
| | | FRANKGECKER LLP | ($2,302.00) | 3110-000 | | | |
| | | FRANKGECKER LLP | ($0.46) | 3120-000 | | | |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $8,400.78 | $8,400.78 |
| Less: Bank Transfers/CD's | $8,400.78 | $0.00 |
| Subtotal | $0.00 | $8,400.78 |
| Less: Payments to Debtors | $0.00 | $4,283.73 |
| Net | $0.00 | $4,117.05 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)                                           Page Subtotals:        $0.00        $6,586.19

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-50949 | Trustee Name: | Frances Gecker | |
| Case Name: | MARIO CARRILLO | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX7446 | |
| | | | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | XX-XXX0356 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/19/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/13 | 13 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | Sale of 2010 Harley-Davidson Fatboy Motorcycle | 1129-000 | $9,000.00 | | $9,000.00 |
| 10/01/13 | 10000 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | Expenses - Order dated 8/8/13 | 3620-000 | | $364.36 | $8,635.64 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.65 | $8,623.99 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.93 | $8,611.06 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.39 | $8,598.67 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.78 | $8,585.89 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $12.37 | $8,573.52 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.77 | $8,560.75 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.50 | $8,549.25 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.71 | $8,536.54 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.28 | $8,524.26 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.67 | $8,511.59 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.25 | $8,499.34 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.64 | $8,486.70 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.62 | $8,474.08 |

Page Subtotals:    $9,000.00    $525.92

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-50949 | Trustee Name: Frances Gecker |
| Case Name: MARIO CARRILLO | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7446 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0356 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.19 | $8,461.89 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.58 | $8,449.31 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.16 | $8,437.15 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.54 | $8,424.61 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.53 | $8,412.08 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.30 | $8,400.78 |
| 07/08/15 | | Transfer to Acct # xxxxxx1921 | Transfer of Funds | 9999-000 | | $8,400.78 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $9,000.00 | $9,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $8,400.78 |
| Subtotal | $9,000.00 | $599.22 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $599.22 |

Page Subtotals: $0.00  $8,474.08

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1921 - Checking | $0.00 | $4,117.05 | $0.00 |
| XXXXXX7446 - Checking Account (Non-Interest Earn | $9,000.00 | $599.22 | $0.00 |
| | $9,000.00 | $4,716.27 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,000.00 |
| Total Gross Receipts: | $9,000.00 |

Page Subtotals:    $0.00    $0.00